■■■■ THERESE FANELLI, Appellant, v SIEUR L. DILORENZO, Respondent. (Appeal No. 2.)—Judgment unanimously reversed

on the law without costs and new trial granted. Same Memorandum as *Fanelli v diLorenzo* (187 AD2d 1004 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Assault.) Present—Boomer, J. P., Pine, Lawton, Fallon and Doerr, JJ.